■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES ANTHONY SCIANAMEO, Appellant.— Judgment of the Supreme Court, Queens County, rendered May 21, 1971, affirmed (former Code Crim. Pro., § 542, now CPL 470.05, subd. 1). Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WALTER WISTI, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered August 4, 1970, convicting him of grand larceny in the second degree, upon a jury verdict, and sentencing him to a five-year period of probation. By a prior decision of this court, reargument of this appeal was ordered on the issue of the weight of the credible evidence (*People* v. *Wisti*, 38 A D 2d 727). Upon reargument, judgment reversed and new trial granted. In our opinion, the interests of justice require reversal and a new trial. Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. WOJCIECHOWSKI, Appellant.— Appeals by defendant from two orders and two judgments of the County Court, Nassau County, as follows: (1) order dated November 24, 1970, which denied his *coram nobis* application; (2) order dated December 7, 1970, which denied another *coram nobis* application; (3) judgment rendered January 15, 1971, which resentenced him on his convictions of (a) grand larceny in the first degree (indictment No. 11,855), *nunc pro tunc* as of August 3, 1950, (b) grand larceny in the first degree, forgery in the second degree and petit larceny (indictments Nos. 12,813, 13,088 and 13,087), *nunc pro tunc* as of February 26, 1954, and (c) petit larceny (indictment No. 20,376), *nunc pro tunc* as of November 19, 1965; and (4) judgment rendered January 15, 1971, which resentenced him on his conviction of attempted grand larceny in the second degree (indictment No. 24,509), *nunc pro tunc* as of September 25, 1969. Orders and judgments on resentence affirmed. No opinion. Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIGMUND L. WORTHERLY, Appellant, v. JOHN L. ZELKER, as Superintendent of Green Haven Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a purported judgment of the Supreme Court, Dutchess County, which the notice of appeal states was entered October 4, 1971. No judgment was entered and the appeal was apparently taken from a decision of that court handed down the same day. Appeal dismissed, without costs. No appeal lies from a decision. However, we have considered appellant's contentions and, if the appeal were properly before us, we would affirm, on the authority of *People* v. *Dwight S.* (29 N Y 2d 172). Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.